In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-373 CR


____________________



KEVIN MARK RAND, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 88126






MEMORANDUM OPINION


 Kevin Mark Rand, appellant, filed a motion to withdraw his notice of appeal pursuant
to Tex. R. App. P. 42.2. The motion is signed by appellant personally. No opinion has issued
in this appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered December 6, 2006

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.